IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISON

| | |
|---|---|
| MONTANA RESCUE MISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Defendant. | Cause No.: CV-20-75-BLG-BMM-TJC<br><br>**ORDER FOR DISMISSAL, WITH PREJUDICE** |

Upon stipulation between the Plaintiff and Defendant, and for good cause appearing, IT IS HEREBY ORDERED that this matter is dismissed, with prejudice, as fully settled on the merits, with each party to pay their own costs and attorneys' fees.

Dated this 21st day of October, 2021.

_____
Brian Morris, Chief District Judge
United States District Court